**KROVATIN KLINGEMAN LLC**
Gerald Krovatin
744 Broad Street, Suite 1903
Newark, NJ 07102
(973) 424-9777
*gkrovatin@krovatin.com*
*Attorneys for Petitioner K.R. Services USA, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| K.R. SERVICES USA, LLC<br><br>                    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | Civil Action No. _____<br><br>**CERTIFICATION IN SUPPORT OF<br>PETITION PURSUANT<br>TO FED. R. CRIM. P. 41(g)** |

MICHAEL ELMALEH, of full age, being duly sworn, upon his oath according to law, deposes and says:

1.      I am the manager of Petitioner K.R. Services U.S.A., LLC ("K.R. Services").  I am familiar with the facts set forth herein.  I submit this certification in support of K.R. Services' petition for entry of an Order directing the return of certain seized property to Petitioner, pursuant to Federal Rule of Criminal Procedure 41(g).

2.      K.R. Services is the sole account holder of Account Number 71047089 at Premier Bank 15301 W. 87th Street Parkway, Lenexa, Kansas (the "Account").

3.      On July 21, 2009, the Honorable Mark Falk, U.S.M.J.,  issued a Seizure Warrant for the "CASH VALUE OF THE CONTENTS OF ACCOUNT NUMBER 71047089

INCLUDING ALL CURRENCY AND MONETARY INSTRUMENTS AS DEFINED BY 18 U.S.C. § 1956(c)(5), PRESENTLY CONTAINED THEREIN HELD IN THE NAME OF K.R. SERVICES AT PREMIER BANK, 15301 W. 8th STREET PARKWAY, LENEXA KANSAS." A true copy of the Seizure Warrant is attached hereto as Exhibit A.

4.      I was advised by a representative at Premier Bank that proceeds of the Account were turned over to the Federal Bureau of Investigation ("FBI") on or about July 23, 2009, in accordance with the Warrant.   The amount that was turned over in accordance with the Seizure Warrant was $971,307.25.  A copy of K.R. Services account statement at Premier for the period ending July 31, 2009 is attached hereto as Exhibit B and shows a debit of $971,307.25 reflecting the seizure from K.R. Services account on page 3.

5.      More than nine (9) months have passed since the funds in the Account were seized by the FBI.   Neither Petitioner nor its counsel has received notice of forfeiture proceedings as to the seized funds. K.R. Services, though counsel, has made repeated requests for the return of seized funds, but they have not been released by the Government.

I hereby certify that the foregoing statements made by me are true. I realize that if any of the foregoing statements by me are false, I am subject to punishment.

_____
MICHAEL ELMALEH

Dated:   May 18, 2010

2

**<u>Certification of Facsimile Signature</u>**

I hereby certify pursuant to N.J.R. 1:4-4(c) that MICHAEL ELMALEH acknowledged the genuineness of his signature on the within Certification and the Certification or a copy with an original signature affixed will be filed if requested by the Court or a party.


<u>/s/Gerald Krovatin</u>
Gerald Krovatin
KROVATIN KLINGEMAN LLC

Dated: May 18, 2010

Ex. A

Jul 23 2009 8:52AM    HP LASERJET FAX                                    P.2

# United States District Court
### DISTRICT OF NEW JERSEY

In the Matter of the Seizure of

**THE CASH VALUE OF THE CONTENTS OF ACCOUNT NUMBER 71047089 INCLUDING ALL CURRENCY AND MONETARY INSTRUMENTS AS DEFINED BY 18 U.S.C. § 1956(c)(5), PRESENTLY CONTAINED THEREIN HELD IN THE NAME OF K.R. SERVICES AT PREMIER BANK, 15301 W. 87TH STREET PARKWAY, LENEXA, KANSAS**

**SEIZURE WARRANT**

CASE NUMBER: 09- 3647

TO: Any  Special Agent with the Federal Bureau of Investigation and any Authorized Officer of the United States Affidavit(s) having

been made before me by Special Agent Robert J. Cooke, who has reason to believe that there is now certain property which is subject to forfeiture to the United States, namely:

**THE CASH VALUE OF THE CONTENTS OF  ACCOUNT NUMBER 71047089 INCLUDING ALL CURRENCY AND MONETARY INSTRUMENTS AS DEFINED BY 18 U.S.C. § 1956(c)(5), PRESENTLY CONTAINED THEREIN HELD IN THE NAME OF  K.R. SERVICES AT PREMIER BANK, 15301 W. 87TH STREET PARKWAY, LENEXA, KANSAS**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property to be seized would, in the event of conviction, be subject to forfeiture, pursuant to 18 U.S.C. §§ 981 and 982 for violations of 18 U.S.C. §§ 1956 and 1957 and that  grounds exist for the issuance of this seizure warrant in that a protective order may not be sufficient to assure the availability of the property for forfeiture.

**YOU ARE HEREBY COMMANDED** to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized and prepare a written inventory of the property seized and promptly return this warrant to Honorable Mark Falk as required by law.

**IT IS FURTHER ORDERED** that the contents of the account shall consist of all principal, deposits, interest, dividends, and other amounts credited to the account on and after execution of the warrant up to final liquidation of the account. The Federal Bureau of Investigation is hereby authorized to effect the seizure of the contents of the account by, in its discretion, directing the financial institution at which the account is established to do any of the following:

　　1. To freeze the contents of the account in place and to refuse the withdrawal of any amount from the account by anyone other than the Federal Bureau of Investigation and United States Attorneys Office and while any contents of the account are frozen in place to accrue any deposits, interest, dividends, and any other amount credited to the account until the Federal Bureau of Investigation and United States Attorneys Office directs that the contents of the account be finally liquidated and no contents remain;

　　2. To liquidate some or all of the contents of the account at one or more times and upon any liquidation of any contents to turn over the liquidated amount to the Federal Bureau of Investigation.  The United States seeks this authorization in order to maximize the value of the contents seized from the account considering that the account may receive additional proceeds subject to seizure, be an interest-bearing account, a timed account, an account to which a penalty for early withdrawal applies, or have some other aspect affecting its value.

_7/21/09 at 4:40pm_
Date and Time Issued

at Newark, New Jersey

**Honorable Mark Falk, Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

Jul 23 2009 8:52AM    HP LASERJET FAX                                           P.1

913-888 - 6485

| FD-448<br>Revised<br>10-27-2004 | FEDERAL BUREAU OF INVESTIGATION<br>**FACSIMILE COVER SHEET** |
|---|---|

| PRECEDENCE | | |
|---|---|---|
| ○ Immediate | ◉ Priority | ○ Routine |

| CLASSIFICATION | | | | |
|---|---|---|---|---|
| ○ Top Secret | ○ Secret | ○ Confidential | ◉ Sensitive | ○ Unclassified |

**TO**

| Name of Officer<br>**Premier Bank** | | Facsimile Number: | Date:<br>**07/23/2009** |
|---|---|---|---|
| Attn:<br>**Mr. Mark Miller, VP Legal Compliance** | | Room: | Telephone Number:<br>**913-541-6139** |

**FROM**

| Name of Office:<br>**FBI, Newark** | | Number of Pages: (including cover) |
|---|---|---|
| Originator's Name:<br>**ADC Rich Pires** | Originator's Telephone Number:<br>**973-792-7437** | Originator's Facsimile Number:<br>**973-792-7231** |
| Approved: | | |

**DETAILS**

Subject:

Special Handling Instructions:
**If this fax is not received by the individual or unit referenced above - PLEASE HAND DELIVER UPON RECEIPT - Thank You**

Brief Description of Communication Faxed:
**Seizure Warrant(s) as attached**

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information disclosure, reproduction, distribution, or use of this information is prohibited (18.USC. § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

| FD-448 (Revised 10-27-2004) | Page 1 of 1 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

Ex. B

**Monthly Statement(s) for July, 2009**

```
                                     ACCOUNT:        71047089
07/31/2009




              K R SERVICES USA LLC                          <T> 30
              701 BRICKELL AVE STE 1550
O
              MIAMI FL  33131
O
```

================================================================
===
     WHY WAIT FOR THIS STATEMENT?  E-STATEMENTS NOT ONLY HELP TO SIMPLIFY
     YOUR EVERYDAY BANKING NEEDS, THEY'LL CHANGE THE WAY YOU BANK, FOREVER!
     SAME DAY DELIVERY - PASSWORD PROTECTION - WORLDWIDE ACCESS AND. . .
        BEST OF ALL - IT'S FREE!  SIGN UP TODAY AT WWW.PREMIER-BK.COM.
       PREMIER BANK IS PROUD TO BE RECOGNIZED AS A BLUE RIBBON BANK BY
                  VERIBANC, INC. FOR NINE QUARTERS IN A ROW!


================================================================
===
              ANALYSIS BUSINESS ACCOUNT 71047089
================================================================
===

                          LAST STATEMENT 06/30/09
1,640,708.76
MINIMUM BALANCE              83,921.00-        83 CREDITS
18,624,544.78
AVG AVAILABLE BALANCE        39,978.96         80 DEBITS
20,268,444.14
AVERAGE BALANCE             632,070.94  THIS STATEMENT 07/31/09
3,190.60-

           - - - - - - - - - DEPOSITS - - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF
#.....DATE......AMOUNT
              07/01   32,569.61        07/08  153,699.53        07/16
109,116.65      008020080020
              07/01  159,106.72        07/08  362,764.59        07/16
148,524.00      008020020020
              07/01  180,420.07        07/08  376,923.69        07/16
172,738.50      008020010020
              07/01  243,169.40        07/09   93,001.13        07/16
303,894.36      008020070020
              07/01  474,597.15        07/09   93,979.44        07/16
```

```
307,808.95        008020050020
         07/01  507,927.35        07/09  326,577.08        07/16
361,836.17        008020030020
         07/01  512,296.74        07/09  351,307.10        07/16
470,501.02        008020060020
         07/01  665,948.10        07/09  496,812.57        07/20
135,596.39        008020040020
         07/02  292,848.15        07/09  581,578.35        07/20
306,584.63        008020030020
         07/02  355,472.63        07/13   50,835.50        07/20
375,176.78        008020020020
         07/02  389,053.65        07/13   60,613.50        07/21
31,225.65         008020010020
         07/06  144,493.66        07/13  127,163.11        07/21
121,664.67        008030010020
         07/06  151,401.67        07/13  356,942.39        07/21
382,442.89        008030040020
         07/06  259,528.53        07/13  447,114.11        07/21
599,517.38        008030030020
         07/06  430,592.95        07/14   54,317.31        07/22
135,850.98        008030020020
         07/07    1,400.00        07/14  291,370.28        07/22
171,306.87        002600030290
         07/07   76,190.87        07/14  432,816.82        07/22
500,065.73        008020010020
         07/07  242,292.00        07/15   81,468.67        07/28
185,704.88        008020020020
         07/07  500,872.25        07/15  284,866.42
008020030020
         07/08   46,014.00        07/15  396,792.54
008020010020
```

```
                    * * *  C O N T I N U E D  * * *
                          011 00061 00                        PAGE:
2
                          ACCOUNT:        71047089
07/31/2009
```

```
              K R SERVICES USA LLC
```

```
=========================================================================
===
                ANALYSIS BUSINESS ACCOUNT 71047089
=========================================================================
===
              - - - - - - - -  OTHER CREDITS - - - - - - - -
DESCRIPTION                                              DATE
AMOUNT
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076           07/01
40,982.11
INTERNET BANKING FUNDS XFER 700041294                    07/02
85,000.00        000700041294
INTERNET BANKING FUNDS XFER 700081400                    07/03
80,000.00        000700081400
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076           07/03
388,133.00
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076           07/07
2,000.00
```

```
MISCELLANEOUS CREDIT                                           07/07
25,000.00      002600120780
INTERNET BANKING FUNDS XFER 700153058                         07/07
33,680.85      000700153058
INTERNET BANKING FUNDS XFER 700127773                         07/07
95,000.00      000700127773
INTERNET BANKING FUNDS XFER 700229201                         07/08
75,000.00      000700229201
INTERNET BANKING FUNDS XFER 700225339                         07/08
110,000.00     000700225339
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076                07/10
188,613.71
INTERNET BANKING FUNDS XFER 700210307                         07/13
97,377.14      000700210307
INTERNET BANKING FUNDS XFER 700210315                         07/13
192,538.28     000700210315
WIRE/IN-200919600004;ORG WESTERN CLEARING CORP LLC;REF        07/15
136,912.56     091960000400
   228687
INTERNET BANKING FUNDS XFER 700051359                         07/15
150,000.00     000700051359
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076                07/16
102,974.09
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076                07/17
85,199.24
INTERNET BANKING FUNDS XFER 700064099                         07/20
35,826.67      000700064099
INTERNET BANKING FUNDS XFER 700064124                         07/20
65,000.00      000700064124
INTERNET BANKING FUNDS XFER 700064190                         07/20
500,000.00     000700064190
INTERNET BANKING FUNDS XFER 700121960                         07/21
25,000.00      000700121960
TRANSFER FROM CASH MANAGEMENT ACCOUNT 71047076                07/22
60,000.00
INTERNET BANKING FUNDS XFER 700041387                         07/22
140,000.00     000700041387
TRANSFER FROM ****7306 RETURN ITEMS                           07/30
3,551.00       000084000027
TRANSFER FROM ****7306 FOR RTN ITEM                           07/31
60.00          000088000004


           - - - - - - - - CHECKS - - - - - - - - -
  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK
#..DATE......AMOUNT
           *07/23  971,307.25          07/28     500.00
002600080220

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE


           - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                   DATE
AMOUNT
INTERNET BANKING FUNDS XFER 700016707                         07/01
1,000.00       000700016707
INTERNET BANKING FUNDS XFER 700020428                         07/01
2,000.00       000700020428
WIRE/OUT-200918200061;BNF HOTELERA MARIAN SA DE CV            07/01
50,000.00      091820006100
RETURNED DEPOSIT ITEMS                                        07/01
196,806.00     001490040081
```

```
WIRE/OUT-200918200062;BNF KR EXCHANGE SERVCIES LTD          07/01
550,000.00      091820006200
WIRE/OUT-200918200063;BNF KR EXCHANGE SERVICES LTD;OBI      07/01
650,000.00      091820006300
    INTERNAL COMPANY TRANSFER
RETURNED DEPOSIT ITEMS                                      07/02
4,135.00     001490040071
MISCELLANEOUS DEBIT                                         07/02
200,000.00      002600050680
              * * *  C O N T I N U E D  * * *
                           011 00061 00                    PAGE:
3
                           ACCOUNT:       71047089
07/31/2009
```

```
              K R SERVICES USA LLC
```

```
=================================================================
===
              ANALYSIS BUSINESS ACCOUNT 71047089
=================================================================
===
        - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                                DATE
AMOUNT
WIRE/OUT-200918300050;BNF KR EXCHANGE SERVICES LTD;OBI      07/02
800,000.00      091830005000
    INTERNAL COMPANY TRANSFER
TRANSFER TO CASH MANAGEMENT ACCOUNT 71047076               07/02
1,711,181.52
RETURNED DEPOSIT ITEMS                                      07/03
3,110.00     001490040053
MISCELLANEOUS DEBIT                                         07/03
25,000.00      002500020240
TRANSFER TO ****7306 PER SH HOLD                           07/03
100,000.00      000084000003
WIRE/OUT-200918400043;BNF K R EXCHANGE SERVICES LTD         07/03
250,000.00      091840004300
INTERNET BANKING FUNDS XFER 700081385                      07/03
376,951.48      000700081385
WIRE/OUT-200918400042;BNF KR EXCHANGE SERVICES LTD;OBI      07/03
1,000,000.00      091840004200
    INTERNAL COMPANY TRANSFER
WIRE/OUT-200918700021;BNF LOUIS C. ARSLANIAN;OBI LEGAL FEES 07/06
8,925.00     091870002100
RETURNED DEPOSIT ITEMS                                      07/06
62,179.86     001490040041
MISCELLANEOUS DEBIT                                         07/07
52.00     002500010180
RECLAMATION CASE#0641193                                    07/07
5,098.00     000088000008
WIRE/OUT-200918800020;BNF DAMIPA TRADING INC.              07/07
25,000.00      091880002000
RETURNED DEPOSIT ITEMS                                      07/07
31,640.10     001490040067
WIRE/OUT-200918800059;BNF KR EXCHANGE SERVICES LTD;OBI      07/07
1,000,000.00      091880005900
```

```
     INTERNAL COMPANY TRANSFER
WIRE/OUT-200918900056;BNF DAMIPA TRADING INC.;OBI INTERAL    07/08
24,054.55      091890005600
     FUND TRANSFER
RETURNED DEPOSIT ITEMS                                       07/08
47,679.00      001490040047
WIRE/OUT-200918900051;BNF KR EXCHANGE SERVICES LTD;OBI       07/08
1,000,000.00      091890005100
     INTERNAL COMPANY TRANSFER
MISCELLANEOUS DEBIT                                          07/09
244.51      002500010030
RETURNED DEPOSIT ITEMS                                       07/09
30,100.00      001490040048
TRANSFER TO CASH MANAGEMENT ACCOUNT 71047076                07/09
285,990.85
WIRE/OUT-200919000059;BNF KR EXCHANGE SERVICES LTD;OBI       07/09
500,000.00      091900005900
     INTERNAL COMPANY TRASFER
MISCELLANEOUS DEBIT                                          07/10
483.00      002600131220
RETURNED DEPOSIT ITEMS                                       07/10
31,001.00      001490040048
WIRE/OUT-200919100059;BNF KR EXCHANGE SERVICES LTD           07/10
400,000.00      091910005900
WIRE/OUT-200919100060;BNF KR EXCHANGE SERVICES LTD;OBI       07/10
1,600,000.00      091910006000
     INTERNAL COMPANY TRANSFER
MISCELLANEOUS DEBIT                                          07/13
36.00      002500050570
MISCELLANEOUS DEBIT                                          07/13
500.00      002500050590
MISCELLANEOUS DEBIT                                          07/13
1,000.00      002500050610
RETURNED DEPOSIT ITEMS                                       07/13
41,244.00      001490040051
WIRE/OUT-200919400049;BNF KR EXCHANGE SERVICES LTD;OBI       07/13
540,000.00      091940004900
     INTERNAL COMPANY TRANSFER
RETURNED DEPOSIT ITEMS                                       07/14
12,760.00      001490040047
MISCELLANEOUS DEBIT                                          07/14
25,000.00      002600040520
WIRE/OUT-200919500046;BNF KR EXCHANGE SERVICES LTD;OBI       07/14
875,000.00      091950004600
     INTERNAL COMPANY TRANSFER
RETURNED DEPOSIT ITEMS                                       07/15
43,190.51      001490040033
            * * * C O N T I N U E D * * *
                     011 00061 00                    PAGE:
4
                     ACCOUNT:       71047089
07/31/2009



            K R SERVICES USA LLC
```

======================================================================
===

```
                    ANALYSIS BUSINESS ACCOUNT 71047089
=================================================================================
===
                - - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                     DATE
AMOUNT
WIRE/OUT-200919600073;BNF KR EXCHANGE SERVICES LTD             07/15
250,000.00      091960007300
WIRE/OUT-200919600072;BNF KR EXCHANGE SERVICES LTD;OBI         07/15
825,000.00      091960007200
    INTERNAL COMPANY TRANSFER
NON-CONFORMING IMAGE 7/15 FILE                                 07/16
40.00      000088000019
MISCELLANEOUS DEBIT                                            07/16
3,000.00      002600090030
MISCELLANEOUS DEBIT                                            07/16
3,770.00      002600090350
INTERNET BANKING FUNDS XFER 700085474                         07/16
5,000.00      000700085474
RETURNED DEPOSIT ITEMS                                        07/16
31,575.00      001490040063
INTERNET BANKING FUNDS XFER 700131054                         07/16
225,000.00      000700131054
WIRE/OUT-200919700043;BNF KR EXCHANGE SESRVICES LTD;OBI       07/16
500,000.00      091970004300
    INTERNAL COMPANY TRANSFE
MISCELLANEOUS DEBIT                                            07/17
1,696.70      002600130610
RETURNED DEPOSIT ITEMS                                        07/17
2,793.00      001490040057
INTERNET BANKING FUNDS XFER 700165112                         07/17
44,000.00      000700165112
WIRE/OUT-200919800062;BNF KR EXCHANGE SERVICES LTD            07/17
350,000.00      091980006200
WIRE/OUT-200919800061;BNF KR EXCHANGE SERVICES LTD;OBI        07/17
1,450,000.00      091980006100
    INTERNAL COMPANY TRANSFER
MISCELLANEOUS DEBIT                                            07/20
50.00      002500040470
RETURNED DEPOSIT ITEMS                                        07/20
6,782.00      001490040052
WESTERN CLEARING 2536619780                                   07/20
218,251.30      003044669966
WIRE/OUT-200920100045;BNF KR EXCHANGE SRVICES LTD;OBI         07/20
650,000.00      092010004500
    INTERNAL COMPANY TRANSFERB
MISCELLANEOUS DEBIT                                            07/21
21,534.40      002500010300
RETURNED DEPOSIT ITEMS                                        07/21
26,142.00      001490040089
WIRE/OUT-200920200060;BNF KR EXCHANGE SERVICES LTD;OBI        07/21
745,000.00      092020006000
    INTERNAL COMPANY TRANSFER
WIRE/OUT-200920300047;BNF GERRY ANALYTIS                      07/22
3,724.88      092030004700
INTERNET BANKING FUNDS XFER 700058889                         07/22
60,000.00      000700058889
RETURNED DEPOSIT ITEMS                                        07/22
60,308.75      001490040055
WIRE/OUT-200920300046;BNF KR EXCHANGE SERVICES LTD            07/22
250,000.00      092030004600
```

```
WIRE/OUT-200920300048;BNF KR EXCHANGE SERVICES LTD;OBI          07/22
850,000.00    092030004800
   INTERNAL COMPANY TRANSFER
RETURNED DEPOSIT ITEMS                                         07/23
9,600.00    001490040046
RETURNED DEPOSIT ITEMS                                         07/24
21,051.00    001490040060
RETURNED DEPOSIT ITEMS                                         07/27
62,870.00    001490040025
RETURNED DEPOSIT ITEMS                                         07/28
63,160.70    001490040069
NON-CONFORMING IMAGE ADJUSTMENT 7/15                           07/29
40.00    000088000011
RETURNED DEPOSIT ITEMS                                         07/29
38,123.18    001490040056
RETURNED DEPOSIT ITEMS                                         07/30
3,511.00    001490040063
SERVICE CHARGE                                                07/31
150.00
SERVICE CHARGE                                                07/31
3,100.60
```

- - - ITEMIZATION OF SERVICE CHARGE PAID THIS PERIOD - - -

          TOTAL CHARGE FOR:                          150.00
              * * * C O N T I N U E D * * *
                               011 00061 00          PAGE:
5
                       ACCOUNT:          71047089
07/31/2009




          K R SERVICES USA LLC


===============================================================================
===
               ANALYSIS BUSINESS ACCOUNT 71047089
===============================================================================
===


        - - - ITEMIZATION OF NSF PAID AND RETURNED ITEM FEES - - -

                                   THIS PERIOD       YEAR TO DATE

          NSF PAID ITEM FEE:              .00                .00
          NSF RETURNED ITEM FEE:          .00                .00
          OVERDRAFT FEES:                 .00               2.00


            - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE
DATE..........BALANCE
07/01    3,007,920.01    07/13    1,044,129.57    07/23
.00
07/02    1,414,977.92    07/14      909,873.98    07/24
21,051.00-
07/03      128,049.44    07/15      841,723.66    07/27
83,921.00-

```
07/06      1,042,961.39      07/16    2,050,732.40      07/28
38,123.18
07/07        957,607.26      07/17      287,441.94      07/29
40.00-
07/08      1,010,275.52      07/20      830,543.11      07/30
.00
07/09      2,137,195.83      07/21    1,197,717.30      07/31
3,190.60-
07/10        294,325.54      07/22      980,907.25
```

