**KROVATIN KLINGEMAN LLC**
Gerald Krovatin
744 Broad Street, Suite 1903
Newark, NJ 07102
(973) 424-9777
gkrovatin@krovatin.com
*Attorneys for Petitioner K.R. Services USA, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| K.R. SERVICES USA, LLC<br><br>　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Hon. William H. Walls, U.S.D.J.<br>Civil Action No. 10-2579 (WHW/CCC)<br><br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Krovatin Klingeman, LLC, attorneys for Petitioner, Gerald Krovatin, Esq. appearing, with the consent of Paul J. Fishman, United States Attorney, Mark J. McCarren, Assistant U.S. Attorney appearing, and it appearing that the Seizure Warrant that is at issue in this Petition was signed by the Hon. Mark Falk, U.S.M.J. on July 21, 2009, and it appearing that Judge Falk has issued a published Opinion in a matter raising similar issues, *see Gmach Shefa Chaim v. United States*, __F.Supp. 2d__, 2010 WL767174 (D.N.J. Mar. 03, 2010) (No. Civ. A. 09-5426)(MF)) and for good cause shown,

IT IS on this ___ day of ___ 2010

**ORDERED** that the Petition in this matter be and it hereby is transferred to the Hon. Mark Falk, U.S.M.J. for adjudication and disposition.

_____
WILLIAM H. WALLS
United States District Judge

We hereby consent to the form and
entry of this Order:

KROVATIN KLINGEMAN LLC
Attorneys for Petitioner

By: _____
Gerald Krovatin

UNITED STATES OF AMERICA

By: _____
Mark J. McCarren, Assistant U.S. Attorney